| | |
|---|---|
| Craig S. Summers (SBN 108688)<br>Craig.summers@knobbe.com<br>Paul A. Stewart (SBN 153467)<br>paul.stewart@knobbe.com<br>Ali S. Razai (SBN 246922)<br>ali.razai@knobbe.com<br>Karen M. Cassidy (SBN 272114)<br>Karen.cassidy@knobbe.com<br>David G. Kim (SBN 307821)<br>David.kim@knobbe.com<br>**KNOBBE, MARTENS, OLSON & BEAR, LLP**<br>2040 Main Street, Fourteenth Floor<br>Irvine, CA 92614<br>Telephone: (949) 760-0404<br>Facsimile: (949) 760-9502<br><br>Attorneys for Plaintiff<br>EDGE SYSTEMS LLC | James E. Doroshow (SBN 112920)<br>JDoroshow@FoxRothschild.com<br>**FOX ROTHSCHILD LLP**<br>Constellation Place<br>10250 Constellation Blvd, Suite 900<br>Los Angeles, CA 90067<br>Telephone: (310) 598-4150<br>Facsimile: (310) 556-9828<br><br>*Attorneys for Defendant*<br>AGELESS SERUMS LLC |

# THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGE SYSTEMS LLC, a California limited liability company,<br><br>    Plaintiff,<br><br>    v.<br><br>AGELESS SERUMS LLC, a Texas limited liability company,<br><br>    Defendant.<br><br>RELATED COUNTERCLAIM | Civil Action No. 2:20-cv-09669 FLA (PVCx)<br><br>Hon. Fernando L. Aenlle-Rocha<br><br>**STIPULATION TO FILE AMENDMENT TO SECOND AMENDED COUNTERCLAIM AND TO CONTINUE DATE TO RESPOND TO SECOND AMENDED COUNTERCLAIM** |

On June 2, 2021, Defendant Ageless Serums LLC ("Ageless") served its Second Amended Answer and Second Amended Counterclaims. The counterclaims are asserted against Plaintiff Edge Systems LLC ("Edge"), as well as new counter-defendants The Beauty Health Company The Hydrafacial Company, Clint E. Carnell, and Does 1 through 100 (collectively with Edge "the Counter-Defendants"). The Counter-Defendants' response to the counterclaims is currently due June 16, 2021.

On June 9, 2021, Ageless and the Counter-Defendants met and conferred over a potential motion to dismiss the counterclaims, to be filed by the Counter-Defendants. As a result of that conference, Ageless agreed to file and serve an amendment to the Second Amended Counterclaim in an effort to try to avoid further motion practice by addressing at least some of the issues raised by the Counter-Defendants, although Ageless believes it has already satisfied the pleading requirements necessary to adequately plead its counterclaims and related defense that are in dispute in the Second Amended Counterclaim. As leave to file this proposed pleading is required, the Counter-Defendants agreed that Ageless may file and serve an amendment to the Second Amended Counterclaim, without prejudice to the Counter-Defendants' right to file a motion to dismiss some or all of the counterclaims, provided the new pleading does not add any new claims or new parties at this time. The Parties also agreed that the due date for Counter-Defendants' response to the Second Amended Counterclaim should be continued to facilitate the filing of the amendment to the Second Amended Counterclaim.

The Parties therefore STIPULATE, subject to the approval of the Court, as follows:

    1.    Ageless may file and serve an amendment to the Second Amended Counterclaim no later than Friday June 18, 2021. The amendment may not add any new claims or new parties.

2.    Counter-Defendants' response to the amendment to the Second Amended Counterclaim, whether in the form of an Answer or a Motion, shall be due Friday July 2, 2021.

3.    Counter-Defendants' due date to respond to the Second Amended Counterclaim shall be continued until July 9, 2021.  This date shall be automatically vacated as moot upon the filing and service of the amendment to the Second Amended Counterclaim.

IT IS SO STIPULATED.

Respectfully submitted,

**KNOBBE, MARTENS, OLSON & BEAR, LLP**

Dated: June 11, 2021    By: */s/ Paul A. Stewart*
Craig S. Summers
Paul A. Stewart
Ali S. Razai
Karen M. Cassidy
David G. Kim

*Attorneys for Plaintiff*
EDGE SYSTEMS LLC

**FOX ROTHSCHILD LLP**

Dated: June 11, 2021    By: */s/ James E. Doroshow (with permission)*
James E. Doroshow

*Attorneys for Defendant*
AGELESS SERUMS LLC