1  JAMES E. DOROSHOW (SBN 112920)
   JDoroshow@FoxRothschild.com
2  **FOX ROTHSCHILD LLP**
3  Constellation Place
   10250 Constellation Blvd, Suite 900
4  Los Angeles, CA 90067
5  Telephone:  (310) 598-4150
   Facsimile:   (310) 556-9828
6
7  Attorneys for Defendant and Counterclaim
   AGELESS SERUMS LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGE SYSTEMS LLC, a California limited liability company,<br>　　　　　Plaintiff,<br>　v.<br>AGELESS SERUMS LLC, a Texas limited liability company,<br>　　　　　Defendant. | Case No. 2:20-cv-09669 FLA (PVCx)<br><br>Judge:  Fernando L. Aenlle-Rocha<br><br>**DEFENDANT AGELESS SERUM LLC'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**<br><br>**[DEMAND FOR JURY TRIAL]**<br><br>Complaint Filed:     October 21, 2020<br>Counterclaim Filed:  December 15, 2020<br><br>Hearing Date:  March 18, 2022<br>Time:          1:30 p.m.<br>Ctrm:          6B |
| AGELESS SERUMS LLC, a Texas limited liability company,<br>　　　　　Counterclaim Plaintiff,<br>　v.<br>EDGE SYSTEMS LLC, a California limited liability company,<br>　　　　　Counterclaim Defendant. | |

TO PLAINTIFF EDGE SYSTEMS LLC AND ITS ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that on March 18, 2022, at 1:30 p.m., or as soon thereafter as counsel may be heard, Defendant Ageless Serums LLC will and hereby does move the Court for summary judgment on the grounds that there is no genuine issue as to any material fact and that Ageless is entitled to judgment as a matter of law because Plaintiff cannot prove essential elements of its claims for which Plaintiff has the burden of proof, and the fair use doctrine bars Edge's claims in any event.

This Motion is based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the accompanying Declarations of James E. Doroshow and Rene Chlumecky, all pleadings and papers on file or to be filed in this action, and upon such other matter as may be presented to the Court at the time of the hearing.

This Motion is being filed following a meet and confer conference conducted between counsel that took place on January 24, 2022.

Dated:  February 11, 2022                FOX ROTHSCHILD LLP

                                         */s/ James E. Doroshow*
                                         By: _____
                                         James E. Doroshow
                                         Attorneys for Defendants
                                         AGELESS SERUMS LLC