Craig S. Summers (SBN 108688)
Craig.summers@knobbe.com
Paul A. Stewart (SBN 153467)
paul.stewart@knobbe.com
Ali S. Razai (SBN 246922)
ali.razai@knobbe.com
Sean M. Murray (SBN 213655)
sean.murray@knobbe.com
Karen M. Cassidy Selvaggio (SBN 272114)
Karen.cassidy@knobbe.com
David G. Kim (SBN 307821)
David.kim@knobbe.com
Ashley C. Morales (SBN 306621)
ashley.morales@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiff
EDGE SYSTEMS LLC

# THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGE SYSTEMS LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>AGELESS SERUMS LLC, a Texas limited liability company,<br><br>Defendant. | Civil Action No. 2:20-cv-09669 FLA (PVCx)<br><br>Hon. Fernando L. Aenlle-Rocha<br><br>**DECLARATION OF ALI S. RAZAI IN SUPPORT OF EDGE SYSTEMS LLC'S OPPOSITION TO DEFENDANT AGELESS SERUM LLC'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date: April 1, 2022<br>Time: 1:30 PM<br>Courtroom: 6B |

I, Ali S. Razai, declare as follows:

1. I am a partner in the law firm of Knobbe, Martens, Olson & Bear, LLP, and am counsel for Plaintiff Edge Systems LLC ("Edge") in this action. I have personal knowledge of the matters set forth in this declaration and, if called upon as a witness, would testify competently thereto.

2. I submit this declaration in support of Edge's Opposition to Defendant Ageless Serums LLC's ("Ageless") Motion for Summary Judgment.

3. Attached hereto as **Exhibit 1** is a true and correct copy of Exhibit 8 from the November 17, 2021 deposition of Rene Chlumecky. Exhibit 8 is a true and correct copy of a screenshot of the Ageless Serums website for the section titled "compare hydrafacial to Ageless Serums."

4. Attached hereto as **Exhibit 2** is a true and correct copy of Exhibit 15 from the November 17, 2021 deposition of Rene Chlumecky. Exhibit 15 is a true and correct copy of a screenshot of the Ageless Serums website for the section titled "how to hang bottles."

5. Attached hereto as **Exhibit 3** is a true and correct copy of excerpts from the November 17, 2021 and November 22, 2021 deposition of Rene Chlumecky.

6. Attached hereto as **Exhibit 4** is a true and correct copy of Exhibit 17 from the November 17, 2021 deposition of Rene Chlumecky. Exhibit 17 is a true and correct copy of a screenshot of the Ageless Serums website for the section titled "Most Commonly Asked Questions."

7. Attached hereto as **Exhibit 5** is a true and correct copy of a correspondence produced by Ageless in this litigation bearing the bates numbers AGL00207-08, between "luuvmykiz@ymail.com" and Rene Chlumecky, dated March 3, 2020.

8. Attached hereto as **Exhibit 6** is a true and correct copy of a correspondence between Salina Rivera and Salena Deihl, dated August 19,

2014, forwarding an email chain between Healthy Skin Care Spa and Rene Chlumecky, produced by Edge and bearing the bates numbers EDGE_TM_ESI_00657100-01

9. Attached hereto as **Exhibit 7** is a true and correct copy of excerpts from the December 07, 2021 deposition of Carroll Lamarque.

10. As counsel for Edge, I am either sent, directly copied on, or am forwarded all communications sent from Ageless' counsel to any counsel of record for Edge. I am also apprised of any telephonic communications that occur between counsel for Edge and counsel for Ageless. On November 3, 2021, I received an email from James Doroshow, counsel for Ageless. In the email from Mr. Doroshow, Mr. Doroshow alleged that "[Edge] customers feel they are being abused and are prepared to say so in large numbers." Attached hereto as **Exhibit 8** is a true and correct copy of the correspondence between myself, counsel for Edge, and James Doroshow, counsel for Ageless, dated November 3, 2021. Ageless has never identified any Ageless customers that Edge has supposedly wrongly accused of trademark infringement.

11. Attached hereto as **Exhibit 9** is a true and correct copy of excerpts from the November 29, 2021 deposition of Azeal Dermatology.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 11, 2022, in Irvine, California.

                             */s/ Ali S. Razai*
                             Ali S. Razai