Craig S. Summers (SBN 108688)
Craig.summers@knobbe.com
Paul A. Stewart (SBN 153467)
paul.stewart@knobbe.com
Ali S. Razai (SBN 246922)
ali.razai@knobbe.com
Sean M. Murray (SBN 213655)
sean.murray@knobbe.com
Karen M. Cassidy Selvaggio (SBN 272114)
Karen.cassidy@knobbe.com
David G. Kim (SBN 307821)
David.kim@knobbe.com
Ashley C. Morales (SBN 306621)
ashley.morales@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA  92614
Telephone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiff
EDGE SYSTEMS LLC

# THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGE SYSTEMS LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>AGELESS SERUMS LLC, a Texas limited liability company,<br><br>Defendant. | No. 2:20-cv-09669 FLA (PVCx)<br><br>Hon. Fernando L. Aenlle-Rocha<br><br>**DECLARATION OF ROSEMARIE HOLCOMB IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date: April 1, 2022<br>Time: 1:30 PM<br>Courtroom: 6B |

I, Rosemarie Holcomb, declare and state as follows:

1. I am Vice-President of Marketing for The HydraFacial Company, formerly named Edge Systems LLC. I will refer to the company as "Edge," its name when this lawsuit was filed. I have personal knowledge of the matters below and, if I am called to testify, I could and would testify competently thereto.

2. Edge develops and markets innovative skin resurfacing and rejuvenation systems. Its primary product is the HydraFacial® system, a hydrodermabrasion system that is sold in free-standing and tabletop versions. Hydrodermabrasion systems treat the skin by exfoliating dead skin cells while simultaneously infusing the skin with therapeutic serums and suctioning away spent serums, dirt and exfoliated skin from the patient's skin. Edge also develops and markets the therapeutic serums that are used in its HydraFacial® systems. These serums include, for example, Activ-4®, Antiox+®, Antiox-6®, Beta-HD® Clear, and the Dermabuilder® serums. Edge has spent significant time and resources developing these serums specifically for its HydraFacial® systems. Each one is tested in those systems not only to ensure compatibility, but to guarantee that everyone who receives a "HydraFacial®" has an outstanding experience.

3. HydraFacial® treatments have become extraordinarily popular. They have been featured in numerous media outlets including Elle Magazine, the Good Morning America show, People Magazine, Allure, The Hollywood Reporter, Elle Magazine's Beauty Book, Harper's Bazaar Magazine, Essence, Simply Her, and The Doctors television show, among others. There are many social posts or press mentions of celebrities or influencers receiving their HydraFacial® and gushing about the improvement in the appearance of their skin and how it feels.

4. The HydraFacial® brand is very strong and is widely known among consumers of beauty products and services. Edge has devoted – and devotes –

considerable resources to promoting the HydraFacial® brand and associating it with Edge's popular systems, serums and treatments. The strength of the brand is apparent from the metrics. The HydraFacial® brand had more than a billion media impressions in 2018, more than two billion in 2019, and more than 5.5. billion in 2021. The brand also has a very loyal following on social media. On Instagram alone, HydraFacial's followers have created over 1.8 million hashtagged posts. This shows that HydraFacial's followers have a high degree of involvement with the brand. In fact, HydraFacial's 1.8 million hashtag posts exceeds those of other famous beauty brands such as #drunkelephant and #glossier. The HydraFacial® brand is one of the company's most valuable assets.

5. When a customer purchases a HydraFacial® system, Edge offers that customer a license to advertise its treatments as a HydraFacial® treatment. Edge requires its licensees to use genuine HydraFacial® serums with genuine HydraFacial® systems to advertise its treatment as a HydraFacial® treatment. In my experience, the right to use Edge's extremely popular HydraFacial® brand is very important to Edge's customers, as they know it will generate business for them. I am not aware of any Edge customer who has purchased a HydraFacial® system and then voluntarily stopped using the HydraFacial® brand to promote its treatments because it started using Ageless serums. I am likewise not aware of any Edge customer who voluntarily advertises its treatments as generic hydrodermabrasion treatments or as "Ageless" treatments because they started using Ageless serums.

6. To ensure that every treatment provided under the HydraFacial® brand is of the highest quality, Edge requires its licensees to use genuine HydraFacial® serums in those treatments to advertise them as a HydraFacial® treatment. If a customer does not use genuine HydraFacial® serums, it may not promote their treatments as a HydraFacial® treatment. These provisions in the license agreement are critical to controlling the quality of HydraFacial®

treatments, and to protecting the HydraFacial® brand's reputation with consumers and its position in the market as a premium aesthetic service. For this reason, Edge must sometimes terminate the license of a customer who uses unapproved serums.

7. I was with the company in 2011 and 2012, the years in which René Chlumecky was employed by Edge as a sales rep in Texas. Although I was not based in Texas and did not work directly with Mr. Chlumecky, I worked in marketing and was aware of the sales rep's role in the company. That role has not changed in any significant way since 2011. In the U.S. market, all device sales are made through the sales rep. The sales rep is often the only Edge employee that the customer deals with prior to completing the purchase of a HydraFacial® system. The sales rep is responsible for ensuring that the customer signs all of the sales documents, including the sales contract and the trademark license agreement. The sales rep must also answer any questions the customer may have about the sales contract, the license agreement, or the other documents. However, the sales rep does not sign the license agreement on behalf of the company. That is typically done by an Edge executive.

I declare under penalty of perjury under the laws of the United States that the foregoing is true to the best of my knowledge.

Executed at   Huntington Beach, CA   on March 11, 2022.

Rosemarie Holcomb