JAMES E. DOROSHOW (SBN 112920)
JDoroshow@FoxRothschild.com
**FOX ROTHSCHILD LLP**
Constellation Place
10250 Constellation Blvd, Suite 900
Los Angeles, CA 90067
Telephone: (310) 598-4150
Facsimile: (310) 556-9828
Attorneys for Defendant and Counterclaimant
AGELESS SERUMS LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EDGE SYSTEMS LLC, a California limited liability company,<br>　　　　Plaintiff,<br>　v.<br>AGELESS SERUMS LLC, a Texas limited liability company,<br>　　　　Defendant. | Case No. 2:20-cv-09669 FLA (PVCx)<br><br>Judge: Fernando L. Aenlle-Rocha<br><br>**DECLARATION OF JAMES E. DOROSHOW IN SUPPORT OF DEFENDANT AGELESS SERUM LLC'S MOTION FOR SUMMARY JUDGMENT** |
| AGELESS SERUMS LLC, a Texas limited liability company,<br>　　　　Counterclaim Plaintiff,<br>　v.<br>EDGE SYSTEMS LLC, a California limited liability company, et al.<br>　　　　Counterclaim Defendants. | **[DEMAND FOR JURY TRIAL]**<br><br>Complaint Filed: October 21, 2020<br>Counterclaim Filed: December 15, 2020<br><br>Hearing Date: March 18, 2022<br>Time: 1:30 p.m.<br>Ctrm: 6B |

I, James E. Doroshow, declare as follows:

1. I am a partner in the law firm of Fox Rothschild LLP, counsel of record for Defendant and Counterclaimant Ageless Serums LLC ("Ageless") in this action. The following statements are based on my personal knowledge, unless otherwise indicated. I am submitting this Declaration in support of Ageless' Motion for Summary Judgment.

2. Attached hereto as **Exhibit 1** is a true and correct copy of Ageless' Amended Rule 30(b)(6) Deposition Notice served on Plaintiff and Counter Defendant Edge Systems LLC ("Edge") dated November 15, 2021.

3. Attached hereto as **Exhibit 2** is an email dated November 22, 2021 from one of Edge's attorneys of record (Sean Murray) advising me that an individual named Carroll Lamarque ("Lamarque") would be testifying on Edge's behalf with respect to topic numbers 1-4, 6-19, 22-27, 30 and 32 found in Ageless' Amended Rule 30(b)(6) Deposition Notice. These topics include the facts and evidence relating to Edge's claims in this action, and Edge's Supplemental Responses to Ageless' First Set of Interrogatories dated November 19, 2021.

4. Attached hereto as **Exhibit 3** is a true and correct copy of Edge's Supplemental Responses to Ageless' First Set of Interrogatories dated November 19, 2021 ("Int. Resps."). These Interrogatory Responses were verified by Carroll Lamarque (the same individual who later testified on Edge's behalf as Edge's Rule 30(b)(6) witnesses on December 7, 2021).

5. Among other deposition testimony given by Lamarque at Edge's Rule 30(b)(6) deposition, Lamarque testified that he had only been employed by Edge for approximately four years at the time of his deposition and currently held the title of VP of Sales, Western United States and Latin America. Attached hereto as **Exhibit 4** is a true and correct copy of cited portions of the Rule 30(b)(6) deposition transcript of Carroll Lamarque that my office conducted on December 7, 2021 ("Lamarque Dep."). *See id.*, 6:20-23.

6. Among other topics in Edge's Responses to Ageless' Interrogatories, Edge

identified a total of 29 Edge customers-licensees who Edge claimed Ageless had induced to infringe Edge's HydraFacial trademark. *See id.*, Int. Resp. No. 2.

7. In Edge's responses to Ageless Interrogatories, Edge also only identified 29 Edge customer-licensees who Ageless allegedly induced to breach Edge's License Agreements, or who Edge claims Ageless interfered with. Mem. *See id.*, Int. Resp. Nos. 9, 12.

8. In Edge's responses to Ageless' Interrogatories, Edge identified only 11 Edge customer-licensees whose License Agreements had been terminated by Edge. *See id.,* Int. Resp. No. 16.

9. Attached hereto as **Exhibit 5** are copies of the subpoenas that Edge served on Azeal Edge customers-licensees (with exhibits to the subpoenas excluded except for one subpoena since they all included the same document requests and deposition notices except for dates). No subpoenas were ever served on any additional customer-licensees who Edge alleged Ageless induced to infringe Edge's mark or to breach Edge's License Agreements. These subpoenas demanded that each of the subpoenaed customer-licensees produce documents and appear for their depositions in this action prior to the close of fact discovery. Despite noticing the depositions of each of these subpoenaed parties, in the end, Edge elected to conduct only one deposition, the deposition of Azeal Dermatology ("Azeal").

10. Attached hereto as **Exhibit 6** is a copy of cited pages 25-36 from the deposition transcript of Azeal Dermatology that was taken by Edge on November 29, 2021.

11. Attached hereto as **Exhibit 7** are relevant pages from the damage expert report that was prepared by David S. Hanna, CPA dated December 23, 2021 on Edge's behalf.

12. Attached hereto as **Exhibit 8** are relevant pages from the marketing and brand expert report prepared by Joel N. Sackel, Ph.D. dated December 23, 2021 on Edge's behalf.

13. Attached hereto as **Exhibit 9** are relevant pages of a Form 10-Q Report dated November 12, 2021 that I am informed was sent to the SEC by a company that Edge alleges is Edge's parent company (The Beauty Health Company). Among other relevant information, this Report discusses the HydraFacial's business model (at p. 30), and 2020 and 2021 revenue and sales information showing how approximately half of Edge's revenue is derived from the sale of Edge's Delivery Systems and the other half from the sale of consumables including serums (at p. 33).

14. Attached hereto as **Exhibit 10** are cited pages (7, 30) from Edge's second Rule 30(b)(6) deponent (Vipul Savsani) taken by my office on December 7, 2021.

15. Attached hereto as **Exhibit 11** is a News Release published by The Beauty Health Company dated February 7, 2022 indicating, among others, what a HydraFacial treatment consists of and how it is performed; and stating that HydraFacial had sold over 19,000 Delivery Systems as of the date of the News Release.

16. Attached hereto as **Exhibit 12** is a 4-page letter I sent to one of Edge's lawyers (Sean Murray) dated January 13, 2022, prior to the parties meet and confer conference related to the current motion, and a letter I received from Edge's counsel (Mr. Murray) that was sent to me on January 25, 2022, following the meet and confer conference. Mr. Murray and I conducted the meet and confer conference relating to Ageless' Summary Judgment Motion on January 24, 2022.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 11, 2022, in Los Angeles, California.

/s/ James E. Doroshow
James E. Doroshow