Craig S. Summers (SBN 108688)
Craig.summers@knobbe.com
Paul A. Stewart (SBN 153467)
paul.stewart@knobbe.com
Ali S. Razai (SBN 246922)
ali.razai@knobbe.com
Sean M. Murray (SBN 213655)
sean.murray@knobbe.com
Karen M. Cassidy Selvaggio (SBN 272114)
Karen.cassidy@knobbe.com
David G. Kim (SBN 307821)
David.kim@knobbe.com
Ashley C. Morales (SBN 306621)
ashley.morales@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA  92614
Telephone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiff
EDGE SYSTEMS LLC

# THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGE SYSTEMS LLC, a California limited liability company,<br><br>    Plaintiff,<br><br>    v.<br><br>AGELESS SERUMS LLC, a Texas limited liability company,<br><br>    Defendant. | Civil Action No. 2:20-cv-09669 FLA (PVCx)<br><br>Hon. Fernando L. Aenlle-Rocha<br><br>**EDGE SYSTEMS LLC'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT ON AGELESS' ANTITRUST DEFENSES**<br><br>Date: May 27, 2022<br>Time: 1:30 PM<br>Courtroom: 6B |

Pursuant to Federal Rule of Civil Procedure 56, Plaintiff Edge Systems LLC ("Plaintiff" or "Edge") respectfully moves this Court for Summary Judgment on Ageless Serums LLC's ("Ageless") Antitrust Defenses, Affirmative Defense Nos. 5 and 9.

This motion is based upon this Notice, a Memorandum of Points and Authorities, and Declaration of Paul A. Stewart, all filed concurrently herewith. This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on February 18, 2022.

                        Respectfully submitted,

                        KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: April 18, 2022      By: */s/ Paul A. Stewart*
                                    Craig S. Summers
                                    Paul A. Stewart
                                    Ali S. Razai
                                    Sean M. Murray
                                    Karen M. Cassidy Selvaggio
                                    David G. Kim
                                    Ashley C. Morales

                                    Attorneys for Plaintiff
                                    EDGE SYSTEMS LLC