JAMES E. DOROSHOW (SBN 112920)
JDoroshow@FoxRothschild.com
FOX ROTHSCHILD LLP
Constellation Place
10250 Constellation Blvd, Suite 900
Los Angeles, California 90067
Telephone: 310.598.4150
Facsimile: 310.556.9828

Attorneys for Defendant
AGELESS SERUMS LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EDGE SYSTEMS LLC, a California LIMITED LIABILITY COMPANY,

Plaintiff,

v.

AGELESS SERUMS LLC, A TEXAS LIMITED LIABILITY COMPANY,

Defendant.

No. 2:20-cv-09669 FLA (PVCx)

Hon. Fernando L. Aenlle-Rocha

**DECLARATION OF RENE CHLUMECKY IN OPPOSITION TO EDGE SYSTEM'S LLC'S MOTION FOR SUMMARY JUDGMENT ON AGELESS' ANTITRUST DEFENSES**

**[DEMAND FOR JURY TRIAL]**

Complaint Filed: October 21, 2020
Counterclaim Filed: December 15, 2020

I, Rene Chlumecky, declare as follows:

1. I am one of the owners and operators of Defendant and Counterclaimant Ageless Serums, LLC ("Ageless"). Ageless was founded in 2014 and is owned by me and my wife (Michelle Chlumecky). Ageless is a Texas limited liability company that has its principal place of business at 6140 Highway 6, Suite 226, Missouri City, Texas. I have personal knowledge of the statements made in this Declaration, unless otherwise indicated. I am submitting this Declaration in Opposition to Plaintiff Edge System LLC's Motion for Summary Judgment.

2. Ageless is in the business of selling serums for use with hydrodermabrasion systems, including Edge's HydraFacial Systems. Ageless Serums are sold at a significantly lower price than Edge's serums.

3. Since, 2014, a "Conversion Chart" has appeared on Ageless' website which instruct consumers which Ageless' serums can be used as a substitute for Edge's HydroFacial serums. A true and correct copy of this chart is attached hereto as **Exhibit 1**.

4. Attached hereto as **Exhibit 2** are price lists showing the list price Ageless has changed for its serum during 2020 and 2022.

5. Attached hereto as **Exhibit 3** is what I am informed and believe is a HydroFacial™ Supply Order Form which Edge charges for its serums and their products which are revised when received in 2022.

6. Over the years I received several customer testimonials advising me that Ageless serums are cheaper than Edge's serums but nevertheless work equally well (if not better) than Edge's serums when used with a HydraFacial device. Select copies of select customer testimonials attesting to these facts are attached hereto as **Exhibit 4** for the Court's review.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 19, 2022, in Missouri City, Texas.

Rene Chlumecky