JAMES E. DOROSHOW (SBN 112920)
JDoroshow@FoxRothschild.com
**FOX ROTHSCHILD LLP**
Constellation Place
10250 Constellation Boulevard, Suite 900
Los Angeles, California 90067
Telephone: (310) 598-4150
Facsimile: (310) 556-9828
Attorneys for Defendant and Counterclaimant
AGELESS SERUMS LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGE SYSTEMS LLC, a California limited liability company,<br>Plaintiff,<br>v.<br>AGELESS SERUMS LLC, a Texas limited liability company,<br>Defendant. | Case No. 2:20-cv-09669 FLA (PVCx)<br><br>Judge: Fernando L. Aenlle-Rocha<br><br>**DECLARATION OF TREY TANELLA**<br><br>**[DEMAND FOR JURY TRIAL]**<br><br>Complaint Filed: October 21, 2020<br>Counterclaim Filed: December 15, 2020 |

I, Trey Tanella, declare as follows:

1. My wife (Holly) and I own and operate BOHO Alternative Med Spa located in Allen, Texas ("BOHO"). BOHO is a longstanding customer-licensee of Edge Systems LLC ("Edge"). On May 18, 2022, Holly and I participated in a telephone conversation with two Edge representatives (Leigh Rydell and Carroll Lamarque). Holly and I recorded our telephone conversation with these two Edge representatives when the call took place on May 18, 2022. A true and correct copy of a transcript that accurately reflects what was discussed during the May 18, 2022 telephone conversation with Edge's two representatives is attached hereto as Exhibit 1.

I declare under penalty of perjury under the laws of the United States that the foregoing is true. Executed in Allen, Texas on July 29, 2022.

*[signature]*
Trey Tanella

*[handwritten note:]*
Update Transcript.
Page 25
Line 7-17
This is Leigh speaking not Holly.